NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LADAWN SCHMARDEBECK, ) | Case No.: 2:20-CV-01022-VCF |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING EXTENSION OF TIME** |
| ANDREW SAUL, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Based upon Defendant's Motion for Extension of Time to File Certified Administrative Record and Answer, and for good cause shown, **IT IS ORDERED** that the date on which Defendant's answer is due is extended by sixty days, from October 30, 2020 to December 29, 2020.  Defendant shall file the answer on or before December 29, 2020.  If Defendant is unable to produce the certified administrative record necessary to file an answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-26-2020