# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LADAWN M. SCHMARDEBECK,

     Plaintiff,

vs.

ANDREW SAUL, Commissioner of Social Security,

     Defendant.

2:20-cv-01022-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Reversal and Remand (ECF NO. 26).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Plaintiff's Motion for Reversal and Remand (ECF NO. 26) must be filed on or before April 9, 2021.

DATED this 29th day of March, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE